FILED

11/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0420

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0420

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

DOUGLAS JEROME PIERRE,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 16, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 6 2024